**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**

ANDREW CHRISTOPHER TESCH,　　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiff,　)
　　　vs.　　　　　　　　　　　　)　　No. 4:09-cv-012-SEB-WGH
　　　　　　　　　　　　　　　　)
SHERIFF DARRELL MILLS, et al.,　　)
　　　　　　　　　　　　　　　　)
　　　　　　　　　　Defendants.　)

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendants' motions for summary judgment are granted, that judgment is entered for the defendants and against the plaintiff, and that the plaintiff take nothing by his complaint.

Date:　09/22/2009

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

R. Jeffrey Lowe
KIGHTLINGER & GRAY, LLP
jlowe@k-glaw.com

Tracy S. Prewitt
O'BRYAN BROWN & TONER
prewittt@obtlaw.com

Andrew Christopher Tesch
Richmond State Hospital
498 N.W. 18th Street
Richmond, IN 47374